**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: CELESTE HOWARD  
968 E. 100TH PLACE  
CHICAGO, IL 60628  

SSN-xxx-xx-7111

Case Number: 04-72302

Case filed on: 4/29/2004  
Plan Confirmed on: 7/12/2004  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,060.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GLENDA J GRAY | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 008 | CAPITAL ONE SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CELESTE HOWARD | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | NUVELL CREDIT/BAR NONE | 5,700.00 | 5,700.00 | 5,700.00 | 1,033.69 |
|  | Total Secured | 5,700.00 | 5,700.00 | 5,700.00 | 1,033.69 |
| 001 | NUVELL CREDIT/BAR NONE | 16,417.92 | 16,417.92 | 9,164.13 | 0.00 |
| 002 | AAA CHECKMATE | 535.55 | 535.55 | 298.94 | 0.00 |
| 003 | AMERICASH LOANS LLC | 743.57 | 743.57 | 415.05 | 0.00 |
| 004 | BROTHER LOAN & FINANCE CO. | 699.26 | 699.26 | 390.32 | 0.00 |
| 005 | CAPITAL ONE | 445.79 | 445.79 | 248.83 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 943.64 | 943.64 | 526.72 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 259.35 | 259.35 | 144.77 | 0.00 |
| 010 | EMMETT J. MARSHALL III | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL CAPITAL MANAGEMENT LLC | 611.13 | 611.13 | 341.12 | 0.00 |
| 012 | PAYDAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 700.00 | 700.00 | 390.72 | 0.00 |
| 015 | WORLD FINANCIAL NETWORK NATIONAL BANK | 378.82 | 378.82 | 211.45 | 0.00 |
| 016 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SIR FIANCE CORP. | 1,088.00 | 1,088.00 | 607.30 | 0.00 |
| 018 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PEOPLE GAS CO. | 63.51 | 63.51 | 35.45 | 0.00 |
| 020 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SUBURBAN E-Z PREMIUM PAYMENT PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | VERIZON WIRELESS - GREAT LAKES | 198.64 | 198.64 | 110.88 | 0.00 |
| 023 | VERIZON WIRELESS - GREAT LAKES | 304.60 | 304.60 | 170.02 | 0.00 |
| 024 | VERIZON WIRELESS - GREAT LAKES | 397.72 | 397.72 | 221.98 | 0.00 |
|  | Total Unsecured | 23,787.50 | 23,787.50 | 13,277.68 | 0.00 |
|  | Grand Total: | 30,987.50 | 30,987.50 | 20,497.68 | 1,033.69 |

Total Paid Claimant: $21,531.37  
Trustee Allowance: $1,528.63  
Percent Paid Unsecured: 55.82

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/28/2008       By /s/Heather M. Fagan